UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 11-34914 ABA

Debtor: Shirley Stokes

| Check Number | Creditor | Amount |
|---|---|---|
| 1858014 | Bank of America, N.A. | 1531.36 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2014